*E-filed 8/10/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BY THE BAY INVESTMENTS, INC., et al,<br><br>    Defendants.<br>_____/ | No. C05-05411 HRL<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE** |

Good cause appearing, defendants' counsel Patrick J. Cimmarusti's request to appear by telephone at the Motion to Compel Disclosures on August 29, 2006 at 10:00 a.m. is granted.

**IT IS SO ORDERED.**

Dated: 8/10/06

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Patrick John Cimmarusti    cimmarustip@cwllaw.com
Curtis L. Metzgar    ecwlg7@earthlink.net

Gregory Tokarczyk
161 Jackson Street
Suite 200
San Jose, CA 95112

\* Counsel are responsible for providing copies of this order to co-counsel

Date:

        /s/ JMM
Chambers of Magistrate Judge Howard R. Lloyd

2