*E-filed 8/29/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA, | No. C05-05411 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| BY THE BAY INVESTMENTS, INC., et al, | |
| Defendants. | |

It is hereby ordered that Gregory Tokarczyk, plaintiff's counsel, appear in person in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, 90113 on Tuesday, September 5, 2006 at 10:00 AM and show cause, if any, why he should not be sanctioned for failure to register with the court's Electronic Case Filing (ECF) system. *See* Civil Local Rule 5-4 and General Order 45, Section IV, Part A.

**IT IS SO ORDERED.**

Dated: 8/29/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Patrick John Cimmarusti    cimmarustip@cwllaw.com
Curtis L. Metzgar    ecwlg7@earthlink.net

Gregory Tokarczyk
161 Jackson Street
Suite 200
San Jose, CA 95112

* Counsel are responsible for providing copies of this order to co-counsel.

Date:   8/29/06        /s/ JMM
                              Chambers of Magistrate Judge Howard R. Lloyd