*E-filed 9/28/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA, | No. C05-05411 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS; DENYING MOTION FOR SANCTIONS** |
| BY THE BAY INVESTMENTS, INC., et al, | |
| Defendants. | Re: Docket No. 25 |

In this Title VII sexual harassment case, defendants move to compel plaintiff to respond without objection to their first set of interrogatories and first set of requests for production of documents. Defendants also move for monetary sanctions. No opposition was filed. A hearing was held on September 26, 2006, plaintiff did not appear.

The interrogatories and requests for production were propounded on June 13, 2006, with responses due thirty days later. On July 14, 2006, plaintiff's counsel requested a two week extension, which defendants granted. To this day, plaintiff has failed to respond.

The court ORDERS plaintiff to respond to the interrogatories and requests for production by **October 3, 2006.** Plaintiff shall respond without objection. See FED.R.CIV.P. 33(b)(4); Richmark Corp. v. Timber Falling Consultants, 959 F.2d 1468, 1473 (9th Cir. 1992) (failure to object to discovery requests within the time required constitutes a waiver of any objection).

1  The court denies defendants' request for sanctions because they have not complied with
2  Civil Local Rule 7-8 by separately filing a sanctions motion.

4  **IT IS SO ORDERED.**

7  Dated: 9/28/06                                                         /s/ Howard R. Lloyd
                                                                          HOWARD R. LLOYD
8                                                                         UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Patrick John Cimmarusti  cimmarustip@cwllaw.com
Curtis L. Metzgar  ecwlg7@earthlink.net

Gregory Tokarczyk
161 Jackson Street
Suite 200
San Jose, CA 95112

* Counsel are responsible for providing copies of this order to co-counsel.

Date: 9/28/06    /s/ JMM
        Chambers of Magistrate Judge Howard R. Lloyd