*E-filed 10/23/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BY THE BAY INVESTMENTS, INC., et al,<br><br>    Defendants.<br>_____/ | No. C05-05411 HRL<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE**<br><br>Re: Docket No. 35 |

Defendants' counsel may appear by telephone at the November 14, 2006 hearing on defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: 10/23/06

  /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Patrick John Cimmarusti  cimmarustip@cwllaw.com
Curtis L. Metzgar    ecwlg7@earthlink.net

Gregory Tokarczyk
161 Jackson Street
Suite 200
San Jose, CA 95112

\* Counsel are responsible for providing copies of this order to co-counsel.

Date:   10/23/06      /s/  JMM
           Chambers of Magistrate Judge Howard R. Lloyd