*E-filed 11/15/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIA VALENCIA,

       Plaintiff,

  v.

BY THE BAY INVESTMENTS, INC., et al,

       Defendants.

                                  /

No. C05-05411 HRL

**ORDER TO SHOW CAUSE RE CONTEMPT**

TO:  Gregory Tokarczyk, attorney of record for Plaintiff Maria Valencia:

     YOU ARE HEREBY ORDERED TO APPEAR on November 28, 2006, at 10:00 a.m., in Courtroom 2 of the United States District Court, located at 280 South First Street, San Jose, California, then and there to show cause, if any you have, why you should not be punished for disobedience of this court's orders as set forth below.

     The events and circumstances upon which this order is based are as follows:

     This case was removed to federal court in December 2005.  You failed to register with the court's Electronic Case Filing (ECF) system, as required by General Order No. 45.

     A case management conference was held on May 23, 2006.  You appeared.  The court ordered completion of initial disclosures by May 30 and told you to promptly register with ECF. You did neither.

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1    In July, defendants moved to compel initial disclosures.  The moving papers were

2    properly served upon you at your address of record.  On August 29, you failed to

3    appear for the hearing.  You did not file written opposition, request a continuance of the hearing

4    or contact the court or opposing counsel to explain your non-appearance.  The court granted the

5    motion to compel and ordered plaintiff to file and serve her initial disclosures by September 5.

6    The court also ordered $600 sanctions against you and your client, to be paid forthwith to the

7    attorneys for defendants.  You did not comply with the court's orders.

8    On August 29, the court issued an Order to Show Cause (OSC) requiring that you

9    appear in person on September 5, 2006 at 10:00 a.m. to explain why you should not be

10   sanctioned for failure to register with the court's ECF system.  The OSC was properly served

11   upon you at your address of record.  You failed to appear as ordered on September 5.  You did

12   not file a written response to the OSC, request a continuance, or contact the court or opposing

13   counsel with any explanation.

14   On September 13, the court's administrative law clerk advised you by telephone message

15   on your office voice mail that the court was considering sending the United States Marshall to

16   your office to get a response to the order to show cause.  The court's message also urged you to

17   contact the court.  You did not respond.

18   In August, defendants moved to compel a psychiatric evaluation of plaintiff and to

19   compel responses to interrogatories and requests for production.  The moving papers were

20   properly served upon you at your address of record.  On September 26, you failed to

21   appear for the hearing on these motions.  You did not file written oppositions, request a

22   continuance of the hearing or contact the court or opposing counsel prior to the hearings to

23   explain your non-appearance.  Instead, after the hearings, you contacted the court's chambers

24   staff by phone, stating that you were going on disability and inactivating your law license.  You

25   stated that you would move the court the following week for time for your client to find a new

26   lawyer.  You did not do so. The court granted both motions to compel, ordering plaintiff to

27   submit to a psychological exam, and to respond to the interrogatories and requests for

28

2

**United States District Court**
For the Northern District of California

1  production.  The orders were properly served upon you at your address of record.  You did not

2  comply with the court's orders, and plaintiff did not appear for her examination.

3      In summary, to date, you have not submitted initial disclosures, not registered for ECF,

4  not paid the discovery sanctions, not made any attempt to explain why you ignored the court's

5  earlier OSC as well as the court's efforts to contact you, not produced plaintiff for the required

6  psychological examination, not complied with the order concerning interrogatories and

7  document production, and not applied to be relieved as attorney of record for plaintiff.

8      In October, defendants moved to dismiss the action with prejudice for failure to

9  prosecute.  The moving papers were properly served upon you at your address of record.  On

10  November 14, you failed to appear for the hearing.  You did not file written opposition, request

11  a continuance of the hearing or contact the court or opposing counsel to explain your non-

12  appearance.  The court currently has that motion under submission.

13      In the absence of good cause, the conduct described on 1:26-28, 2:1-13, and 2:18 to 3:2

14  constitutes a contempt of this court and is punishable as such.  In addition to serving this order

15  by mail, the Clerk shall have a copy of this order personally served upon you by the United

16  States Marshal.  Should you fail to appear for the hearing as ordered, a warrant will be issued

17  for your arrest.  Absent a life-threatening emergency or similar extreme circumstance, no

18  continuance of the hearing will be granted.

19

20      **IT IS SO ORDERED.**

21

22

23  Dated:  11/15/06                              __/s/  Howard R. Lloyd_____
                                                  HOWARD R. LLOYD
24                                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28

3

1    THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2    Patrick John Cimmarusti        cimmarustip@cwllaw.com
3    Curtis L. Metzgar              ecwlg7@earthlink.net

4    Gregory Tokarczyk
     161 Jackson Street
5    Suite 200
     San Jose, CA 95112
6

7    * Counsel are responsible for providing copies of this order to co-counsel.

8    Date:    11/15/06                        /s/ JMM
9                                   Chambers of Magistrate Judge Howard R. Lloyd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

4