*E-filed 2/12/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA, | No. C05-05411 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| BY THE BAY INVESTMENTS, INC., et al, | |
| Defendants. | |

It is hereby ordered that Richard Hamm, plaintiff's counsel, appear in person in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, 90113 on **Tuesday, February 20, 2007 at 10:00 AM** and show cause, if any, why he should not be sanctioned for failure to register with the court's Electronic Case Filing (ECF) system and for failure to secure admission to practice before this court.  *See* Civil Local Rule 5-4 and General Order 45, Section IV, Part A; Civil Local Rule 11-1.

**IT IS SO ORDERED.**

Dated: 2/12/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2  Patrick John Cimmarusti pjcimmar@yahoo.com

3  Curtis L. Metzgar ecwlg7@earthlink.net,

4

5  Gregory John Tokarczyk gtokarczyk@sbcglobal.net

6  Richard Hamm
   Law Offices of Richard Hamm
7  12 S. First Street
   Suite 809
8  San Jose, CA 95113

9

10  * Counsel are responsible for providing copies of this order to co-counsel.

11
    Date:    2/12/07                    /s/ JMM
12                                      Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2