*E-filed 5/17/07*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>      Plaintiff,<br><br>vs.<br><br>BY THE BAY INVESTMENTS, INC.; et al.<br><br>      Defendants. | [State Case No.: 1-05-CV052287]<br>[Federal Case No.: C 05-05411 HRL]<br>Complaint Filed: November 10, 2005<br>Judge: Hon. Howard R. Lloyd<br><br>[~~PROPOSED~~] ORDER |

Trial Date: August 20, 2007

The Court, having reviewed the above stipulation, and due deliberation had thereon, orders the Stipulation and its terms to be accepted as the Order of the Court.

Therefore, the ENE cut-off date is now July 1, 2007.

**IT IS SO ORDERED.**

Dated:  5/17/07

_____
The Honorable District Court Judge