*E-filed 6/22/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BY THE BAY INVESTMENTS, INC., et al,<br><br>    Defendants.<br>_____/ | No. C05-05411 HRL<br><br>**ORDER (1) GRANTING DEFENDANT'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO CONTINUE TRIAL AND (2) GRANTING THE APPLICATION OF DEFENSE COUNSEL TO APPEAR TELEPHONICALLY**<br><br>Re: Docket Nos. 69 and 70 |

Good cause appearing, Defendant's request for shortened time to hear the Motion Continuing Trial, Pre-trial Conference and ENE Completion Date is GRANTED. The motion will be heard on **July 10, 2007 at 10:00 am** in Courtroom 2 of the United States District Court of the Northern District of California. The opposition brief is due **June 28, 2007** and any reply is due **July 2, 2007**.

The hearing noticed by Defendant on the Motion for Shortened time (June 26) is vacated.

The application of defense counsel to appear telephonically at the motion hearing on July 10 is granted.

**IT IS SO ORDERED.**

Dated: 6/22/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2 | Patrick John Cimmarusti pjcimmar@yahoo.com

3 | Curtis Llloyd Metzgar ecwlg7@earthlink.net

4 |

5 | Gregory John Tokarczyk gtokarczyk@sbcglobal.net

6 | Richard Hamm
7 | Law Offices of Richard Hamm
   | 12 S. First Street
8 | Suite 809
   | San Jose, CA 95113
9 |

10 | * Counsel are responsible for providing copies of this order to co-counsel

11 | Date: 6/22/07

12 |                                      /s/ KRO
   |                                Chambers of Magistrate Judge Howard R. Lloyd