*E-filed 7/10/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIA VALENCIA,

    Plaintiff,

v.

BY THE BAY INVESTMENTS, INC., et al,

    Defendants.

_____/

No. C05-05411 HRL

**ORDER (1) GRANTING IN PART MOTION TO CONTINUE TRIAL, PRETRIAL CONFERENCE AND ENE COMPLETION DATE; (2) SETTING CASE MANAGEMENT SCHEDULE**

Re: Docket No. 68

Defendants move to continue the August 20, 2007 trial date and the associated pretrial conference and ENE cutoff dates. Defendants' counsel argues for continuation because of Plaintiff's disclosure, after the close of discovery, of new information concerning Plaintiff's medical treatment. They request a period of 3 months to conduct further discovery. Plaintiff does not oppose the motion.

With respect to the ENE cutoff date, the parties have not shown good cause to continue this date. Accordingly, the Court ORDERS the parties to contact the evaluator **immediately** to schedule an ENE session as soon as the evaluator's schedule permits.

//

//

//

However, the Court does find sufficient good cause for granting the motion for a continuance on the trial and associated trial dates. Further, there is good cause to reopen discovery, but only with respect to the new medical information. As such, a revised case management schedule was adopted by the parties at the hearing on this motion. The Court vacates the previous pretrial conference date of August 14, 2007, and trial date of August 20, 2007, and adopts the following schedule:

| | |
|---|---|
| Medical Fact Discovery Cutoff | August 20, 2007 |
| Designation of Supplemental Experts with Supplemental Reports | August 31, 2007 |
| Designation of Supplemental Rebuttal Experts with Supp. Reports | September 14, 2007 |
| Medical Expert Discovery Cutoff | October 5, 2007 |
| Last Day for Hearing on Dispositive Motions | November 13, 2007, 10:00 a.m. |
| Pretrial Conference | December 4, 2007, 1:30 p.m. |
| Jury Trial | December 10, 2007 |

**IT IS SO ORDERED.**

Dated:   7/10/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Patrick John Cimmarusti  pjcimmar@yahoo.com

Curtis Llloyd Metzgar  ecwlg7@earthlink.net

Gregory John Tokarczyk  gtokarczyk@sbcglobal.net

Cecily A. Waterman
Morgan, Lewis & Bockius LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105

A COURTESY COPY WILL BE SENT TO:

Richard Hamm
Law Offices of Richard Hamm
12 S. First Street
Suite 809
San Jose, CA 95113

**\* Counsel are responsible for providing copies of this order to co-counsel.**

Date:   7/10/07

                                                 /s/ KRO
                              Chambers of Magistrate Judge Howard R. Lloyd