*E-filed 10/18/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BY THE BAY INVESTMENTS, INC., et al,<br><br>    Defendants.<br>_____/ | No. C05-05411 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this action has settled. In light of this, all trial and pretrial dates are VACATED. However, it appears that plaintiff's counsel, Gregory Tokarczyk, has been delinquent in responding to defense counsel's attempts to finalize settlement.[1]

Accordingly, IT IS ORDERED THAT:

- **On or before November 6, 2007**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a).

- If a dismissal is not filed by November 6, counsel for all parties (including associated counsel, Richard Hamm) shall appear in Courtroom 2, 5th Floor of the United States District Court, San Jose, CA on **November 27, 2007 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a).

---

[1] In his attempts to contact Tokarczyk, defense counsel was notified that the address of record had been vacated and that the phoneline had been disconnected. Tokarczyk has not responded to his emails. (Cimmarusti Declaration, Docket No. 75).

- The parties shall file a statement (either jointly or separately) in response to this Order to Show Cause **no later than November 20, 2007**. The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

Dated:  10/18/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-5411 Notice has been electronically mailed to:**

Patrick John Cimmarusti pjcimmar@yahoo.com

Curtis Llloyd Metzgar ecwlg7@earthlink.net

Gregory John Tokarczyk gtokarczyk@sbcglobal.net

**5:05-cv-5411 Notice has been delivered by other means to:**

Richard Hamm
Law Offices of Richard Hamm
12 S. First Street
Suite 809
San Jose, CA 95113

* Counsel are responsible for providing copies of this order to co-counsel.

Date:   10/18/07                              /s/ KRO
                                      Chambers of Magistrate Judge Howard R. Lloyd

3