* E-filed 11/7/07 *

LAW OFFICES
**CRANDALL, WADE & LOWE**
A PROFESSIONAL CORPORATION
26010 MUREAU ROAD, SUITE 150
CALABASAS, CA 91302-1542

PATRICK J. CIMMARUSTI, SBN 224832

Attorneys for Defendants, BY THE BAY INVESTMENTS, INC., ALI JAVAHERIAN, and JOSE MIRANDA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>BY THE BAY INVESTMENTS, INC.; et al.<br><br>    Defendants. | [State Case No.: 1-05-CV052287]<br>[Federal Case No.: C 05-05411 HRL]<br>Complaint Filed: November 10, 2005<br>Judge: Hon. Howard R. Lloyd<br><br>STIPULATION FOR DISMISSAL AND ORDER THEREON |

IT IS HEREBY STIPULATED, pursuant to the confidential settlement agreement between plaintiff, MARIA VALENCIA, and defendants, BY THE BAY INVESTMENTS, INC., ALI JAVAHERIAN and JOSE MIRANDA, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to bear their own attorney's fees and costs.

The dismissal with prejudice shall dismiss the action in its entirety.

///
///

---
STIPULATION FOR DISMISSAL AND ORDER THEREON

The Magistrate Judge shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: 11/6/07

CRANDALL, WADE & LOWE
A Professional Corporation

By _____
PATRICK J. CIMMARUSTI
Attorneys for BY THE BAY INVESTMENTS, INC.,
ALI JAVAHERIAN, and JOSE MIRANDA

Dated: 11/6/07

LAW OFFICES OF GREGORY TOKARCZKY.

By _____
GREGORY L. TOKARCZKY
Attorneys for MARIA VALENCIA

STIPULATION FOR DISMISSAL AND ORDER THEREON

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>BY THE BAY INVESTMENTS, INC.; et al.<br><br>             Defendants. | [Federal Case No.: C 05-05411 HRL]<br>Complaint Filed: November 10, 2005<br>Judge: Hon. Howard R. Lloyd<br><br>AMENDED ORDER APPROVING STIPULATION AND DISMISSING ACTION WITH PREJUDICE |

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the stipulation and dismisses the above-captioned action with prejudice.

This Court shall retain jurisdiction <u>for six months</u> over all disputes among the parties arising out of the Settlement Agreement, including, but not limited to, interpretation and enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 11/7/07

_____
The Hon. Howard R. Lloyd
United States Magistrate Judge